CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DULCE MARIA CERNA RAMOS, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary, United States Department of Homeland Security, *et al*., <br><br> Defendants. | Case No. 3:25-cv-08022-PHK <br><br> **STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER** |

    The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until March 20, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiffs filed this action seeking adjudication of their Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff Ramos on November 20, 2025, as scheduled. Following the interview, USCIS is working diligently towards completing adjudication of the Form I-589 application and needs a brief period of additional time to complete its adjudication.

    Accordingly, the parties stipulate and request that the proceedings in this case be stayed until March 20, 2026, at which time the parties will file a joint status report with the Court. At that time, the

1  parties may request a further continuance of the stay of proceedings, dismissal of the litigation if
2  appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this
3  case will benefit the parties and conserve the Court's resources while the parties pursue a potential
4  administrative resolution.

Dated: December 2, 2025                    Respectfully submitted[1],

                                                    CRAIG H. MISSAKIAN
                                                    United States Attorney

                                                    *s/ Molly A. Friend*
                                                    MOLLY A. FRIEND
                                                    Assistant United States Attorney
                                                    Attorneys for Defendants

Dated:  December 2, 2025

                                                    *s/ Josh F. Sigal*
                                                    JOSH F. SIGAL
                                                    Mendelson Law Firm, A.P.C.
                                                    Attorney for Plaintiffs

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  12/9/2025

                                                   HON. PETER H. KANG
                                                   United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.